FOURTH DISTRICT—APRIL, 1917.          91

O. W. Richardson & Co. v. Steinfort et al., 206 Ill. App. 91.

## O. W. Richardson & Company, Appellant, v. Edward Steinfort and Richard Steinfort, Appellees.

### (Not to be reported in full.)

Appeal from the Circuit Court of Jasper county; the Hon. WILLIAM B. WRIGHT, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 13, 1917.

### Statement of the Case.

Action by O. W. Richardson & Company, plaintiff, against Edward Steinfort and Richard Steinfort, defendants, to recover the purchase price of certain rugs. From a judgment for defendants, plaintiff appeals.

ISLEY, JACK & ISLEY, for appellant.

DAVIDSON & FITHIAN, for appellees.

MR. PRESIDING JUSTICE MCBRIDE delivered the opinion of the court.

### Abstract of the Decision.

SALES, § 157*—*when evidence sufficient to show failure to make delivery.* Evidence *held* sufficient to warrant the finding that the goods in question sold by plaintiff to defendants were to be delivered at a certain town and were not delivered to the railroad carrier and consigned to defendants unconditionally.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.